# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Marshall Edwin Home, | ) | **JUDGMENT IN A CIVIL CASE** |
| | ) | |
| Plaintiff, | ) | CV 05-73-PHX-NVW |
| | ) | |
| v. | ) | |
| | ) | |
| Corrections Corporation of America, et al., | ) | |
| | ) | |
| Defendant. | ) | |

___  Jury Verdict.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

_X_  Decision by Court.  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED pursuant to the Court's Order dated June 20, 2006, having granted Defendant's Motion for Summary Judgment, judgment is entered in favor of Defendants and Plaintiff take nothing.  This complaint and action are terminated.

June 20, 2006

RICHARD H. WEARE
District Court
Executive/Clerk

 s/Shelly Butout
By:Shelly Butout
Deputy Clerk

cc: (all counsel)